UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA MARADIAGA,

    Plaintiff,

v.                                     Case No. 6:20-cv-130-RBD-EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, on referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation submitting that the Court should affirm Defendant Commissioner of Social Security's ("Commissioner") decision. (Doc. 31 ("R&R").) The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 31) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.    The Commissioner's decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment accordingly and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 19, 2021.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Diana Maradiaga